PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $179,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

　　　The United States of America, by and through its undersigned attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action:

**NATURE OF ACTION**

　　　1.　　This is a civil action *in rem* to forfeit to the United States Approximately $179,000.00 in U.S. Currency ("defendant currency") involved in violations of federal drug laws.

　　　2.　　The defendant currency was seized from the YRC Freight Facility at 1535 Pescadero Avenue, Tracy, California on September 14, 2016.  The defendant currency is in the custody of the U.S. Marshals Service, Eastern District of California.

///

///

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

4. This district is a proper venue pursuant to 28 U.S.C. § 1355 because the acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395 because the defendant currency was seized in this district.

## FACTUAL ALLEGATIONS

5. On September 10, 2016, Detective Brett Hicks of the Tracy Police Department's Special Investigations Unit received information concerning a package sent via "YRC freight" bearing Bill of Lading PRO: #601-362811-2. The shipment was sent from "Corehaus" at 6726 "B" Industrial Drive, Beltsville, MD 20705 to "Corehaus West", ATTN: Mike, 44267 "H" Fremont Boulevard, Fremont, CA 94538. The shipment was comprised of two large wooden crates with a combined weight of 670 pounds and listed as containing tools and materials. The shipment was also marked as "Time Critical," indicating the sender paid additional money to expedite the package's shipping time. The only telephone number on file with YRC Freight associated with the shipment was for "Mike," the intended recipient.

6. On September 12, 2016, law enforcement officials obtained and executed a state search warrant for the YRC freight shipment. Upon searching the larger of the two crates (Crate #1), law enforcement officials observed silver insulating material, foam, and three "Keep-it-Kool" brand bags of cryopack re-useable ice cubes. Crate #1 also contained a large black plastic trunk with a pad lock securing the lid. Located on a piece of gray duct tape on the top of the trunk was the marking "1 #17(a)."

7. Inside the plastic trunk, law enforcement officials found an additional Keep-it-Kool bag of re-usable ice cubes, in addition to a canvas shopping bag that contained six heat-sealed plastic bags of cash. Each stack of cash was bound with rubber-bands.

8. In the second crate (Crate #2), law enforcement officials found items similar to those

found in Crate #1, including silver insulating material, foam, and a black plastic trunk. The trunk in Crate # 2 was identical to the trunk in Crate #1, but was not locked. Similar to Crate # 1, Crate # 2 contained the distinct marking "2 #20(b)," also written on gray duct tape. No cash was located within Crate #2.

9. A later bank count of the cash seized from Crate # 1 totaled $177,000.00 in cash – the defendant currency. The cash seized from Crate # 1 was comprised of various denominations, mostly $20 bills. The cash was specifically denominated as follows: 165 $100 bills; 120 $50 bills; 7,677 $20 bills; 63 $10 bills; 59 $5 bills; and 35 $1 bills.

10. The cash seized from Crate # 1 was presented to a Tracy Police Department drug dog trained to alert to the presence of a narcotic odor. The drug dog positively alerted to the presence of the odor of narcotics on the cash found inside Crate #1.

11. On September 12, 2016, law enforcement officials were informed by YRC Freight that YRC management had received several telephone calls regarding the status of the Corehaus shipment from Maryland. One of the interested parties called from telephone number 202-345-1984, which, according to an open internet search, corresponds to the telephone number for Corehaus.

12. On September 13, 2016, law enforcement officials attempted to contact "Mike," the intended original recipient of the shipment, at the telephone number listed on the package. There was no answer and no voicemail option. Law enforcement officials also called 202-345-1894 but no one answered the call. However, the law enforcement official left a voicemail.

13. On September 14, 2016, Detective Hicks was contacted by an attorney who claimed to represent an individual named James Kerns. The attorney told Detective Hicks that he represented Mr. Kerns in connection with the cash seized from the "Corehaus" shipment.

14. Law enforcement officials subsequently identified the personal identifiers and address for a "James Kerns" living in the Washington, D.C. area. Based on further investigation of Kerns' address in Washington D.C., law enforcement officials learned Kerns' address was also associated with the entity "Corehaus," the original sender/recipient of the shipment.

15. On September 16, 2016, while processing the shipment and its contents as evidence, law enforcement officials located a small white envelope inside Crate #2, which officers had not previously

observed. An examination of the envelope revealed it to contain a "W" or an "M" written on its side, as well as $2,000 in cash comprised of all $100 bills.

16. On September 16, 2016, law enforcement officials also observed what appeared to be "PRO: #454-147186-5" written in black marker on Crate #1. Law enforcement officials subsequently identified the YRC Bill of Lading associated with the PRO# revealing it to be a previous shipment from "Corehaus." Indeed, the "PRO: #454-147186-5" package was sent from the same Fremont, CA address to "Corehaus" at the same Beltsville, MD address (see paragraph # 5). The previous shipment was also marked "Time Critical", contained a labeled identifying its contents as "tools and materials," and delivery was expected by June 22, 2016. The parcel tag identified James Kerns as the recipient.

17. A Lexis Nexis Law Enforcement Solutions query of Corehaus reveals that the business is located in the Washington D.C. area and claims to create objects from recycled and reused materials. The Corehaus website lists James Kerns as the Chief Designer.

**FIRST CLAIM FOR RELIEF**
**21 U.S.C. § 881 (a)(6)**

18. Paragraphs one to seventeen above are incorporated by reference as though fully set forth herein.

19. The defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because it was money furnished and intended to be furnished in exchange for a controlled substance or listed chemical, constituted proceeds traceable to such an exchange, and was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841, *et seq*., an offense punishable by more than one year's imprisonment.

**PRAYER FOR RELIEF**

WHEREFORE, the United States prays that:

1. Process issue according to the procedures of this Court in cases of actions *in rem;*

2. Any person having an interest in said defendant currency be given notice to file a claim and to answer the complaint;

4

3. This Court enter a judgment of forfeiture of the defendant currency to the United States; and,

4. The Court grant such other relief as may be proper.

DATED: 4/17/17                              PHILLIP A. TALBERT
                                            United States Attorney


                                      By:   /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

## **VERIFICATION**

I, Richard J. Britt, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and belief are in the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: __4-17-17_____                          /s/ Richard J. Britt_____
                                              RICHARD J. BRITT
                                              Special Agent
                                              Drug Enforcement Administration

                                              (Signature retained by attorney)